AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>James Robert Blizzard<br>United States Citizen<br><br>*Defendant(s)* | Case No. 23-5132MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 22, 2023, in Pinal County, in the District of Arizona, James Robert BLIZZARD, knowing and in reckless disregard of the fact that certain aliens, namely Sergio Walter Vasquez-Ramos and Wilson Alexander Esquivel-Vasquez, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

This criminal complaint is based on these facts:

See Attached Statement of Probable Cause, Incorporated by Reference Herein

☒ Continued on the attached sheet.

Reviewed by AUSA Joshua Tesoriero
For AUSA Ross Arellano Edwards

*Joshua Tesoriero*

Sworn to telephonically.

Date: March 23, 2023 @ 1:19pm

City and state: Phoenix, Arizona

RIAN E WESKE
Digitally signed by RIAN E WESKE
Date: 2023.03.23 10:51:16 -07'00'
*Complainant's signature*

Rian Weske, Border Patrol Agent
*Printed name and title*

*[Judge's signature]*
*Judge's signature*

Honorable Deborah M. Fine, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Rian Weske, a Border Patrol Agent with the United States Border Patrol, being duly sworn, declare and state as follows:

### INTRODUCTION AND BACKGROUND OF AFFIANT

1. Your affiant is a Border Patrol Agent (BPA) with United States Border Patrol, United States Customs and Border Protection, currently assigned to the Casa Grande Border Patrol Station Prosecution Unit.

2. In preparing this Affidavit, I conferred with other law enforcement officials who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

### PROBABLE CAUSE

3. On March 22, 2023, BPA Michael Van Wagenen responded to a call for assistance from Eloy Police Department Officer S. Martinez on Interstate 10 near mile marker 208 in Eloy, Arizona. Officer Martinez had initiated a traffic stop on a 1997 Toyota Camry for an illegal lane change. Officer Martinez informed BPA Van Wagenen that the driver (later identified as James Robert BLIZZARD (BLIZZARD)) was not in possession of any identification and that the other four occupants of the vehicle did not speak English. Officer Martinez also informed BPA Van Wagenen that the driver had advised that he was being kind and giving the four passengers a ride. BLIZZARD further advised Officer Martinez that he communicated with the passengers by using Google Translate.

4. BPA Van Wagenen interviewed all occupants of the vehicle. BLIZZARD was determined to be a United States citizen. The four passengers admitted to being citizens of Guatemala and were in the United States illegally. All five individuals were arrested and transported to the Casa Grande Border Patrol Station for further processing.

5.   At the Casa Grande Border Patrol Station, all five individuals were fingerprinted and submitted for electronic analysis and comparison to establish their previous immigration and criminal history, which revealed that four passengers all lacked the necessary documents and visas to enter, pass through, reside, work, or remain in the United States legally.

6.   BLIZZARD waived his *Miranda* rights and was interviewed by BPAs Jason Wilhite and Julio Jauregui. BLIZZARD stated that he was very tired and that he had not slept in a day and a half. BLIZZARD stated that he was homeless and was trying to make some money moving illegal aliens, indicating that he was expecting to be paid $100 for each illegal alien he transported from Tucson to Phoenix. BLIZZARD claimed that he made the smuggling arrangements with a man named Aaron and that he had borrowed a vehicle and phone from a friend named Howard. BLIZZARD stated that he met the illegal aliens at a Quick Trip gas station and knew that they were the ones he was to transport because they did not fit in. BLIZZARD also stated that they did not speak English and that he used Google Translate to communicate with them.

7.   BPAs Wilhite and Jauregui interviewed the passengers found in the vehicle. Sergio Walter Vasquez-Ramos (Vasquez-Ramos) admitted that he was a citizen of Guatemala and had entered the United States illegally. Vasquez-Ramos stated that he made smuggling arrangements in Altar, Sonora, Mexico, to be transported to Miami for 20,000 in Guatemalan currency. Vasquez-Ramos stated that he was given instructions on where to go via Whatsapp and was initially taken to a house where he waited with three others for a couple of hours until BLIZZARD knocked and told them it was time to go. Vasaquez-Ramos got into the car, which he believed was a green Toyota Corolla, and fell asleep. Vasquez-Ramos was shown a six-pack photographic lineup and identified BLIZZARD as the driver of the vehicle he was in when arrested by law enforcement.

8.   During his interview, Wilson Alexander Esquivel-Vasquez (Esquivel-Vasquez) admitted that he was a citizen of Guatemala and had entered the United States illegally. Esquivel-Vasquez stated that he made arrangements to travel to New Jersey from

Guatemala for 115,000 in Guatemalan currency. Esquivel-Vasquez stated that he crossed the border near Altar, Sonora, Mexico, and was initially taken to a house where he waited with three other people. Esquivel-Vasquez was told that the driver was there and so he got into the vehicle and fell asleep. Esquivel-Vasquez confirmed that when they were ultimately pulled over by police the diver was still the same one who had initially picked him up. Esquivel-Vasquez was shown a six-pack photographic lineup with negative results.

9. Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendant, James Robert BLIZZARD, knowing or in reckless disregard of the fact that certain aliens, namely: Sergio Walter Vasquez-Ramos and Wilson Alexander Esquivel-Vasquez, had come to, entered, or remained in the United States in violation of law, did knowingly transport or move said alien within the United States by means of transportation or otherwise, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer the oath for this purpose.

RIAN E WESKE
Digitally signed by RIAN E WESKE
Date: 2023.03.23 10:52:01 -07'00'

Rian Weske
Border Patrol Agent
United States Border Patrol

Telephonically sworn to and subscribed this 23rd day of March 2023.

1:19pm

HONORABLE Deborah M. Fine
United States Magistrate Judge